IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-60543
Summary Calendar
_____

WILLIE JAMES SEYMOUR,

                                   Plaintiff-Appellant,

                    versus

ILLINOIS CENTRAL RAILROAD COMPANY,

                                   Defendant-Appellee.

_____

Appeal from the United States District Court for
the Southern District of Mississippi
(3:96-CV-288-WS)
_____
July 29, 1998

Before REAVLEY, DAVIS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    The judgment of the district court is affirmed for the reasons

given in the Memorandum Opinion and Order dated July 28, 1997.

    AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.